No. 88–1514. NEWSPAPERS OF NEW ENGLAND, INC. *v.* CLERK-MAGISTRATE OF THE WARE DIVISION OF THE DISTRICT COURT DEPARTMENT. Sup. Jud. Ct. Mass. Certiorari denied.

No. 88–1515. UNITED STATES, ACTING THROUGH THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT *v.* RAINIER VIEW ASSOCIATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1522. MCCLATCHY NEWSPAPERS, INC., ET AL. *v.* MOSESIAN. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 88–1524. CREMEANS *v.* CITY OF ROSEVILLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–1526. ROGERS ET UX. *v.* CITY OF CHEYENNE ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–1528. STRATMORE *v.* GOODBODY ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–1529. BOEHM, TAX COMMISSIONER OF NEBRASKA *v.* TRAILER TRAIN CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1531. KINDNESS *v.* SPANG ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–1533. TWIST *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 88–1535. PARKER ET AL. *v.* CONNORS STEEL CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1536. BOBO ET AL. *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 88–1541. FUNKHOUSER ET UX. *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 88–1543. KENTUCKY STATE POLICE DEPARTMENT *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 6th Cir. Certiorari denied.